**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ELAINE WOOD, et al.<br>*Plaintiffs*,<br>v.<br>CORMEDIX, INC. et al. ,<br>*Defendants*. | Civil Action No.: 3:15-cv-5264 (PGS)(TJB)<br><br>**ORDER** |

Whereas, this matter is before the Court on a motion to dismiss the Amended Complaint (ECF No. 31); and

Whereas, the Court having carefully reviewed and taken into consideration the submissions of the parties, as well as the arguments and exhibits therein presented, for the reasons stated on the record on this date, and for good cause shown

IT IS on this 27th day of October, 2016;

**ORDERED** that Defendant's Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 31) is granted, and it is further

**ORDERED** that the Amended Complaint is dismissed with prejudice as another attempt to amend the Complaint would be futile.

PETER G. SHERIDAN, U.S.D.J.